| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 1335211 | **DATE** 05/12/2022 |
|---|---|---|---|---|

| **NAME** MOORE, Brian James | **OFFICER** LaMisha J. Rice | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 19-CR-20660-01 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 11/23/2015 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** I | **TOTAL OFFENSE LEVEL** 25 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 07/09/2019 | | | | |
| **EXPIRATION** 07/08/2022 | | | | |

| **ASST. U.S. ATTORNEY** Gabriel J. Vidoni | **DEFENSE ATTORNEY** To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT TO BE LODGED AS A DETAINER**

**ORIGINAL OFFENSE**

Count 2:  18 U.S.C. §§ 1951(a) and 1952, Interference with Commerce by Robbery

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 48 months, to be followed by a three-year term of supervised release.

Name of Sentencing Judicial Officer:  Honorable Victor A. Bolden, District of Connecticut.   Jurisdiction accepted by the Honorable Stephen J. Murphy, III on October 1, 2019.

Modification:  October 30, 2019, the following special condition was added: "You will be monitored by the Global Positioning Satellite (GPS) component of the location monitoring technology for a period of 60 consecutive days, and you must follow the rules and regulations of the location monitoring program. The cost of location monitoring is waived. You are restricted to your residence at all times except for employment; education; religious services; medical, substance or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by your officer."

Modification:  December 17, 2019, the following special condition was added: "You will be monitored by the Global Positioning Satellite (GPS) component of the location monitoring technology for a period of 90 consecutive days, and you must follow the rules and regulations of the location monitoring program. The cost of location monitoring is waived."

**ORIGINAL SPECIAL CONDITIONS**

1.  The defendant shall participate in a program recommended by the probation office and approved by the Court, for inpatient or outpatient substance abuse treatment and testing. The defendant shall pay all or a portion of the costs associated with treatment as recommended by the probation office and approved by the Court.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 1335211 | DATE 05/12/2022 |
|---|---|---|---|---|

| NAME MOORE, Brian James | OFFICER LaMisha J. Rice | JUDGE Stephen J. Murphy, III | DOCKET # 19-CR-20660-01 |
|---|---|---|---|

2. The defendant shall participate in a program recommended by the probation office for mental health treatment. The defendant shall pay all or a portion of costs associated with treatment based on the defendant's ability to pay as recommended by the probation officer and approved by the Court.

3. The defendant shall pay any restitution that is imposed by this judgment, payable immediately, and that remains unpaid at the commencement of the term of supervised release at a rate of no less than $200.00 per month. The monthly payment schedule may be adjusted based on the defendant's ability to pay as determined by the probation officer and approved by the Court.

4. The defendant shall not possess a firearm, ammunition or other dangerous weapon.

5. The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Criminal Monetary Penalty: Special Assessment $100.00 (Paid); Restitution: $89,144.54 (Balance: $86,950.13)

---

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition**: "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." |

According to an Indictment filed in the Northern District of Texas, in October 2019, BRIAN MOORE began to identify jewelry stores throughout the United States without security guards and close to highways. After identifying the vulnerable stores, MOORE would organize a group of co-conspirators (Trevon Edwards and Marquell Evans) to travel with him to carry out smash and grab style robberies. The co-conspirators would case the jewelry stores prior to the robbery and often steal a car to be utilized in the robbery. Sometimes, they would rent a vehicle.

On October 3, 2019, MOORE and his co-conspirators robbed Jared's Galleria of Jewelry located at 3951 South Cooper Street, Arlington, Texas.

According to the Indictment, October 3, 2019, was one of multiple robberies. During the course of the robberies, Edwards and Evans charged the jewelry store wearing masks and gloves carrying sledgehammers and bags and demanded everyone get down on the floor. They stole approximately $833,741.00 worth of jewelry.

According to the Indictment, Edwards and Evans would generally carry out the violent takeover of the stores by brandishing weapons and insinuating harm. This caused the victims to fear for their lives. MOORE would then transport the stolen jewelry across state lines and sell it to "fences".

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 1335211 | DATE 05/12/2022 |
|---|---|---|---|---|

| NAME MOORE, Brian James | OFFICER LaMisha J. Rice | JUDGE Stephen J. Murphy, III | DOCKET # 19-CR-20660-01 |
|---|---|---|---|

On February 9, 2022, the Grand Jury in the Northern District of Texas, Fort Worth Division returned a three-count Indictment charging MOORE with the following:  Count 1: Conspiracy to Interfere with Commerce by Robbery, in violation of 18 U.S.C. § 1951(a); Count 2: Interference with Commerce by Robbery in violation of 18 U.S.C. § 1951(a) and (b); Count 3: Interstate Transportation of Stolen Property, in violation of 18 U.S.C. §§ 2314 and 2.

On February 17, 2022, BRIAN MOORE was arrested in Detroit, Michigan, by the Federal Bureau of Investigation for new federal charges.  A detention hearing was held the following day before United States Magistrate Judge Anthony P. Patti. MOORE was released on a $10,000.00 unsecured bond.  On February 18, 2022, a Stay was ordered preventing MOORE from being released and he has been detained since this appearance.

On May 11, 2022, MOORE pled guilty to Count 3 of the Indictment in the Northern District of Texas, Fort Worth Division before the Honorable Reed O'Connor under Docket Number 22-CR-00037-03.

| 2 | **Violation of Standard Condition No. 1**: "THE DEFENDANT SHALL NOT LEAVE THE JUDICIAL DISTRICT OR OTHER SPECIFIED GEOGRAPHIC AREA WITHOUT THE PERMISSION OF THE COURT OR PROBATION OFFICER." |
|---|---|

On October 3, 2019, BRIAN MOORE was in Arlington, Texas.  MOORE did not request or receive permission to travel out of the district.

| I declare under penalty of perjury that the foregoing is true and correct. PROBATION OFFICER s/LaMisha J. Rice/mt/tmg 313-234-5452 | DISTRIBUTION Court |
|---|---|
| SUPERVISING PROBATION OFFICER s/Christina Wilkerson 313-234-5590 | PROBATION ROUTING Data Entry |

**THE COURT ORDERS:**

[X]     The issuance of a warrant to be lodged as a detainer.

[ ]     Other

s/Stephen J. Murphy, III
United States District Judge

5/16/2022
Date